ACCEPTED
12-15-00002-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/14/2015 8:00:40 AM
CATHY LUSK
CLERK



**SMITH COUNTY COURTHOUSE**
100 N. BROADWAY 4th Floor
TYLER, TEXAS 75702

April Allison Sikes, First Assistant

# D. Matt Bingham
### Criminal District Attorney
### Smith County

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/14/2015 8:00:40 AM
CATHY LUSK
Clerk
Jennifer Barfield, Office Manager

TELEPHONE: (903) 535-0520
TELECOPIER: (903) 535-0410

Michael J. West, Appellate Chief

Ms. Cathy Lusk, Clerk
12th Court of Appeals
1517 W Front St., Ste. 354
Tyler, TX 75701

May 14, 2015

**RE: Cause Number 12-15-00002-CR, Shelton v. State**

Dear Ms. Lusk:

The State acknowledges receipt of the brief filed by Appellant's counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), in the above-listed cause(s). The brief presents no claims of error; therefore, the State has no points to which to respond. *See* TEX. R. APP. P. 38.2(a)(2). The State will not file any further response unless the Court decides that the appeal is not frivolous and orders one. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 810 (Tex.Crim.App. 1978).

Respectfully submitted,

D. MATT BINGHAM
Criminal District Attorney
Smith County, Texas

Michael J. West
Assistant Criminal District Attorney
SBOT# 21203300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the State's acknowledgment of filing of an *Anders* brief was served by electronic filing on May 14, 2015, on Mr. Austin Jackson, Attorney at Law, 112 East Line, Ste. 310, Tyler, Texas 75702.

Michael J. West
Assistant Criminal District Attorney
SBOT# 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)
mwest@smith-county.com